# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLENE ROGOFF, AN INDIVIDUAL,
Appellant,
vs.
ROCKVIEW DAIRIES, INC.,
Respondent.

No. 80916

FILED

APR 1 7 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "Motion to Declare Defendant's Motion for Determination of a Vexatious Litigant Moot," declaring appellant to be a vexatious litigant, declaring a "Motion to Declare Defendant's Motion to Compel Non-Public Information Moot" to be moot, and denying a countermotion for sanctions. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

No final judgment has been entered in the district court and no statute or court rules permits an appeal from the aforementioned order. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

---

[1]Respondent's motion to dismiss this appeal is denied as moot and the request for sanctions is denied.

Supreme Court
of
Nevada

(O) 1947A

cc:    Hon. Rob Bare, District Judge
        Marlene Rogoff
        The Galliher Law Firm
        Eighth District Court Clerk